UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2025-CR-80198 Artau/Reinhart
15 U.S.C. § 645(a)

UNITED STATES OF AMERICA

vs.

FRANTZ ST. CLOUD,

    Defendant.

_____/

FILED BY_____SW_____D.C.

Dec 2, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INFORMATION

The United States Attorney charges that:

On or about July 20, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**FRANTZ ST. CLOUD,**

did knowingly make a false statement to the Small Business Administration for the purpose of obtaining money and influencing in any way the Small Business Administration, that is, false statements within the application for Economic Injury Disaster Loan number 3311386971, in violation of Title 15, United States Code, Section 645(a).

_____ for _____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** 2025-CR-80198 Artau/Reinhart

**v.**

FRANTZ ST. CLOUD,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
                    Defendant.

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☑ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect: _____

4.  This case will take __5__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)
    I   ☑   0 to  5 days
    II  ☐   6 to 10 days
    III ☐   11 to 20 days
    IV  ☐   21 to 60 days
    V   ☐   61 days and over

    (Check only one)
    ☐ Petty
    ☐ Minor
    ☐ Misdemeanor
    ☑ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) No
    If yes, Judge _____ Magistrate Case No. _____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

9.  Defendant(s) in federal custody as of N/A _____

10. Defendant(s) in state custody as of N/A _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By_____
MARTON GYIRES
Assistant United States Attorney
SDFL Court ID No.   A5501696

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: _____ FRANTZ ST. CLOUD _____

**Case No**: 2025-CR-80198 Artau/Reinhart _____

Counts #: 1

False Statements to SBA _____

Title 15, United States Code, Section 645(a) _____
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $5,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 2025-CR-80198 Artau/Reinhart

### BOND RECOMMENDATION

DEFENDANT: FRANTZ ST. CLOUD

$150,000 personal surety bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   MARTON GYIRES

Last Known Address: 5308 Grand Banks Blvd.

Greenacres, FL 33460

What Facility: _____

Agent(s):   FBI

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (OTHER)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2025-CR-80198 Artau/Reinhart |
| | ) | |
| FRANTZ ST. CLOUD | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

     I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

     After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

STUART N. KAPLAN
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*